IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARSHALL JOINT SCHOOL DISTRICT
NO. 2,

    Plaintiff,

v.

C.D., by and through his parents, Brian and
Traci D.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.: 08-cv-187-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant C.D., by and through his parents, Brian and Traci D., AFFIRMING the decision of the administrative law judge. Plaintiff Marshall Joint School Distrct No. 2's appeal is DISMISSED.

_____      1/9/09
Peter Oppeneer, Clerk of Court              Date