IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Marshall Joint School District No. 2,

                                                                         ORDER

                      Plaintiff,

                                                       08-cv-187-bbc

     v.

C.D., by and through his parents,
Brian and Traci D.,

                     Defendant.

_____

Traci and Brian D., as parents of and on
on behalf of their minor child, C.D.,

                   Plaintiffs,                    08-cv-189-bbc

     v.

Marshall Joint School District No. 2,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In a judgment dated August 2, 2010, the Court of Appeals for the Seventh Circuit reversed the decisions in these cases and remanded them for the entry of judgment in favor

of Marshall Joint School District No. 2 and vacation of the fee award to C.D. in the amount of $88,964.85.

Accordingly, IT IS ORDERED that the judgments entered herein on January 9, 2009 and May 14, 2009 are VACATED in their entirety. The clerk of court is directed to enter judgment in favor of plaintiff Marshall Joint School District in case no. 08-cv-187-bbc and in favor of defendant Marshall Joint School District in case no. 08-cv-189-bbc.

Entered this 19th day of October, 2010.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge