IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARSHALL JOINT SCHOOL DISTRICT No. 2,

        Plaintiff,

v.

C.D., by and through his parents,
BRIAN D. and TRACI D.,

        Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 08-cv-187-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the judgment entered on January 9, 2009 is VACATED and judgment is entered in favor of plaintiff Marshall Joint School District No. 2 granting its motion for summary judgment and reversing the decision of the administrative law judge.

Approved as to form this 22nd day of October, 2010.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_        10/22/10
Peter Oppeneer        Date
Clerk of Court